DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK OSBORNE,<br><br>            Plaintiff,<br><br>      vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:22-cv-01538-EPG<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 17). |

     IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 17, 2023 to June 16, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's second request for an extension of time.  Plaintiff Counsel has recently returned from a leave of absence.  Additionally, counsel respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of May 15, 2023 and May 22, 2023, Counsel has 6 merit briefs due. Additionally, Counsel was out of the office because she attended the NOSSCR's Annual Conference out of state in Washington

1 | D.C from May 3, 2023 to May 6, 2023. Thus, Counsel requires additional time to brief the issues
2 | thoroughly for the Court's consideration. Defendant does not oppose the requested extension.
3 | Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 16, 2023  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: May 16, 2023  PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  *\*/s/   Michael K. Marriott*
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on May 16, 2023)

**ORDER**

Based on the parties' stipulation (ECF No. 17), IT IS ORDERED that Plaintiff shall have a thirty-day extension of time, from May 17, 2023 to June 16, 2023, to file Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **May 17, 2023**                                    /s/ *Erica P. Grosjean*
                                                                                   UNITED STATES MAGISTRATE JUDGE